**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. _____ |
| v. | * | |
| **JOHN DOE subscriber assigned IP address 68.50.222.37,** | * | |
| | * | |
| **Defendant.** | | |
| | * | |

**<u>NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT</u>**

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

    Respectfully submitted,

    MALIBU MEDIA, LLC.
    PLAINTIFF

    By:  /s/ *Jon A. Hoppe*
    Jon A. Hoppe, Esquire #6479
    Counsel
    Maddox, Hoppe, Hoofnagle &
        Hafey, L.L.C.
    1401 Mercantile Lane #105
    Largo, Maryland 20774
    (301) 341-2580